39 So.2d 703
**NATIONAL LIFE AND ACCIDENT INSURANCE COMPANY v. Lucies DAVIES.**
**6 Div. 869.**

Supreme Court of Alabama.
March 31, 1949.

Huey, Welch & Stone and McEniry, McEniry & McEniry, all of Bessemer, for petitioner.

Lipscomb & Brobston, of Bessemer, opposed.

LAWSON, Justice.

Petition of National Life & Accident Insurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of National Life & Accident Ins. Co. v. Davies, 39 So.2d 697.

Writ denied.

BROWN, FOSTER and STAKELY, JJ., concur.